UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KATHLEEN S. STIPE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06-cv-1692 SNL |
| R. JAMES NICHOLSON,<br>Secretary of Veterans Affairs | ) | |
| Defendant. | ) | |

## MEMORANDUM

In an Order dated April 6, 2007, the Court granted Defendants' Motion to Dismiss. Due to an administrative error, the Court did not receive Plaintiff's response until after the Order was issued. The Court has reviewed Plaintiff's response, and it does not affect its previous decision.

Dated this 10th day of April, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE